# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2182 PA (PLAx) | Date | July 26, 2012 |
|---|---|---|---|
| Title | Metropolitan Life Ins. Co. v. Michael Welch, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant has timely waived service under Rule 4(d)). Fed. R. Civ. P. 12(a)(1).

In the present case, it appears that this time period has not been met. Accordingly, the Court, on its own motion, orders Claimant Estate of Harrison Washington to show cause in writing on or before **August 9, 2012,** why this action should not be dismissed for lack of prosecution as to Co-Claimant and Counter-Defendant Michael Welch. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Estate of Harrington's response (which may come in the form of a Request for Entry of Clerk Default). Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Complaint in Interpleader and Counter-Claim against Michael Welch. Accordingly, the scheduling conference calendared for July 30, 2012 is continued to August 27, 2012 at 10:30 a.m.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer